1

2

3

4

5

6                         IN THE UNITED STATES DISTRICT COURT

7                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9    WELLS FARGO BANK,                               No. C 12-4065 SI

10              Plaintiff,                           **ORDER TO SHOW CAUSE WHY CASE
                                                     SHOULD NOT BE REMANDED TO**
11     v.                                            **STATE COURT FOR LACK OF
                                                     JURISDICTION**
12   MICHELE E. LAMIRANDE,

13              Defendant.
                                              /
14

15          On August 2, 2012, *pro se* defendant Michele Lamirande removed this unlawful detainer action

16   from state court. The notice of removal states that this action arises under federal RICO statutes because

17   Wells Fargo has engaged in mortgage fraud. However, removal jurisdiction is subject to the well-

18   pleaded complaint rule, meaning that the basis for removal jurisdiction must be evident from the face

19   of the complaint. *See Franchise Tax Bd. of California v. Construction Laborers Vacation Trust for So.*

20   *California*, 463 U.S. 1, 9-12 (1983) (discussing well-pleaded complaint rule). From the face of the

21   complaint, this Court lacks jurisdiction because there are no federal claims alleged in Wells Fargo

22   Bank's unlawful detainer complaint.

23          Accordingly, defendant is ORDERED TO SHOW CAUSE in writing no later than **August 27,**

24   **2012,** why this case should not be remanded to the Superior Court for the County of San Mateo.[1]  If

25   defendant asserts that removal was proper and this Court has jurisdiction, defendant must specifically

26

27          [1] Plaintiff has filed a motion to remand this case, and that motion is scheduled for a hearing on
     September 21, 2012. The Court VACATES that hearing, and in lieu of filing an opposition to plaintiff's
28   motion, defendant shall respond to this Order to Show Cause.

**United States District Court**
For the Northern District of California

1   identify the basis for jurisdiction.

2

3          **IT IS SO ORDERED.**

4

5   Dated: August 16, 2012

6                                                    SUSAN ILLSTON
                                                     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2